WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
**Michael A. Bosco, Jr.**
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016

## ASSIGNMENT OF DEED OF TRUST

Loan No. 150461732　　　　　　　　　　　　　　　T & B No.: 09-20441
Parcel No.

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.** at the address of 7105 Corporate Drive Mail Stop PTX-209, Plano TX 75024 all beneficial interest under that certain Deed of Trust dated **October 26, 2006** executed by **Marvin L. Rose and Loretta M. Rose, husband and wife** Trustor, **Public Trustee of Denver County** Trustee, **Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc.**, as Beneficiary; and recorded on **11/09/06** as Recording No./Book-Page **20061482587** of Official Records of **Maricopa** County, AZ and legally describing the trust property as:

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN MARICOPA COUNTY, ARIZONA LOT 100, OF SIERA MONTANA PARACEL 9, ACCORDING TO THE PLAT OF RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 601 OF MAPS, PAGE 41 FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 502-87-133; SOURCE OF TITEL IS DOCUEMTNS NO. 02004-1415273 ( RECORDED 12-02-2004)

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust. Hereby made effective on:
Date : _October 21, 2009_

**Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc.**

By: _Jill May_
Its: _Certifying Officer_

STATE OF _California_ )
　　　　　　　　　　　　　)ss.
COUNTY OF _Ventura_ )

On this _21st_ day of _October_, 20_09_, before me, the undersigned, a Notary Public for said State, personally appeared _Kelly May_ known to me to be the _Certifying Officer_ of the above corporation, and acknowledge execution of the above instrument on behalf of the corporation.
My Commission Expires: _02/07/2013_
　　　　　　　　　　　　　_Jean Vitaldo_
　　　　　　　　　　　　　Notary Public

JEAN L. VITALDO
Commission # 1828617
Notary Public - California
Ventura County
My Comm. Expires Feb 7, 2013