Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-94121

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE AND LORETTA M. ROSE,<br><br>Debtors. | Chapter 13<br><br>Case No.: 2:09-BK-16494-SSC |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS, INC.<br><br>Movant,<br><br>vs.<br><br>MARVIN L. ROSE AND LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>Respondents. | |

## SUPPLEMENTAL DECLARATION OF DARCI LOCKHART

I, DARCI LOCKHART, declare and state as follows:

As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

1

1 | I am an employee of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE
2 | HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS, INC., hereinafter
3 | "Secured Creditor", and am the person most familiar with the subject first Trust Deed loan in
4 | favor of and/or serviced by Secured Creditor herein and the ongoing Bankruptcy litigation
5 | herein. BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
6 | SERVICING, LP is the successor in interest to COUNTRYWIDE HOME LOANS, INC., the
7 | original beneficiary under the subject Trust Deed herein.
8 | The subject real property secured said first Trust Deed loan is generally described as
9 | 16193 West Davis Road, Surprise, AZ 85374, ("Property" herein) and legally described as
10 | follows:
11 |     LOT 67, MOUNTAIN VISTA RANCH PARCEL 15, ACCORDING TO BOOK
       475 OF MAPS, PAGE 23, RECORDS OF MARICOPA COUNTY, ARIZONA
12 |
13 | This Secured Creditor is the beneficiary and/or servicer of a Promissory Note dated May
14 | 10, 2006, in the principal amount of $182,500.00, which is secured by the above-referenced
15 | Deed of Trust.
16 | On or about July 16, 2009, Debtors commenced the current Chapter 13 Bankruptcy
17 | proceeding in this Court.
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///

Payments have not been applied to the Debtors' loan for all post-petition payments due and owing. With respect to Secured Creditor's Trust Deed, the following is due and owing:

| | | |
|---|---|---:|
| Unpaid Principal Balance | = | $182,278.06 |
| Total Pre-Petition Arrearages | | |
| Pre-petition Arrears | = | $5,169.61 |
| Subtotal Pre-Petition Delinquencies | = | $5,169.61 |
| Total Post-Petition Delinquencies | | |
| 2 monthly payments at $1,195.43 each (August 1, 2009 through September 1, 2009) | = | $2,390.86 |
| 1 monthly payment at $1,208.02 (October 1, 2009) | = | $1,208.02 |
| Bankruptcy Attorney's Fees | = | $650.00 |
| Filing Fee | = | $150.00 |
| Subtotal Post-Petition Delinquencies | = | $4,398.88 |
| Total Pre-Petition & Post-Petition Due | = | $9,568.49 |
| Total Unpaid Principal Plus Delinquencies | = | $191,846.55 |

Furthermore, a monthly payment becomes due on November 1, 2009, and same becomes due on the first (1st) day of every month thereafter.

The unpaid principal balance plus delinquencies set forth hereinabove does not include accrued interest. The actual payoff amount will be higher than the amount set forth hereinabove and will be disclosed by supplemental declaration.

///

///

///

///

///

1   No post-petition payments have been made by the Debtors since the filing of the instant
2   bankruptcy petition.
3   In the event Secured Creditor obtains title to the Property at its foreclosure sale, Secured
4   Creditor will incur substantial fees and costs in reselling the Property. Based on past experience
5   of the Secured Creditor, the additional cost is a minimum of eight to ten percent. This cost is
6   primarily commission fees on resale, and title and closing costs. Further, it is typical to incur
7   further expense for putting the Property in marketable condition.
8   Secured Creditor has elected to initiate foreclosure proceedings on the subject property
9   with respect to the subject Trust Deed, and a Notice of Default and Election to Sell was recorded
10  on July 20, 2009.
11  I declare under penalty of perjury under the laws of the United States and the State of
12  California that the foregoing is true and correct.
13  Executed this 6th day of November, 2009, at Simi Valley, California.

14
15  DARCI LOCKHART

16
17  State of California
    County of Ventura

18  Subscribed and sworn to (or affirmed) before me on
    this 6th day of November, 20 09,
19  by DARCI LOCKHART
    provided to me the basis of satisfactory evidence to be the person(s) who
20  appeared before me.

21  Signature
22
23  09-94121/azsupdec.dot/fam
24



HENRY LONGRES
Commission # 1832346
Notary Public - California
Ventura County
My Comm. Expires Jan 20, 2013