JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax: (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE and LORETTA M. ROSE,<br><br>                Debtors.<br>_____<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS, INC.<br><br>                Movant,<br><br>    vs.<br><br>MARVIN L. ROSE and LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>                Respondents.<br>_____ | Case No. 2:09-BK-16494-SSC<br><br><br><br><br><br>OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 16193 West Davis Road Surprise, AZ 85374 |

      COMES NOW the debtors, MARVIN L. ROSE and LORETTA M. ROSE, by and through counsel undersigned, and hereby responds and objects to Movant BAC

1

HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS, INC.'S Motion for Relief from the Automatic Stay as follows:

1. Zillow.com is a website for general information about property values. It is insufficient to accurately determine a particular property's value based on an individualized assessment. The zillow.com website says:

> The Zestimate (pronounced ZEST-ti-met, rhymes with estimate) home valuation is Zillow's estimated market value, computed using a proprietary formula. It is not an appraisal. It is a starting point in determining a home's value. The Zestimate is pulled from data; your real estate agent or appraiser physically inspects the home and takes special features, location, and market conditions into account. Variations in price also occur because of negotiating factors, closing costs, and timing of closing. We encourage buyers, sellers, and homeowners to supplement Zillow's information by doing other research…

> The Zestimate is not an appraisal and you won't be able to use it in place of an appraisal, though you can certainly share it with real estate professionals. It is a computer-generated estimate of the worth of a house today, given the available data. Zillow.com does not offer the Zestimate as the basis of any specific real-estate-related financial transaction. Our data sources may be incomplete or incorrect; also, we have not physically inspected a specific home. Remember, the Zestimate is a starting point and does not consider all the market intricacies that can determine the actual price a house will sell for, such as entertaining offers, negotiating, closing costs, timing, etc.;

2. Furthermore, Movant asks the Court to take Judicial Notice pursuant to Federal Rules of Evidence Rule 201 inappropriately. Rule 201(b) states,

> Kinds of facts. A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Clearly, a generalized website that specifically states that their Zestimate is a "starting point" that "does not consider all the market intricacies" is not beyond question and the value of a home is subject to reasonable dispute. Therefore, the Court should not take Judicial Notice of the value of the home.

3. Movant is claiming to be the holder of the note, yet in their own motion they state that one Deed of Trust is accompanied by "a Promissory Note in an unknown amount." If Movant is the holder of the note, surely they know the amount promised to be repaid;

4. Movant claims to be the same entity as Countrywide Home Loans, Inc., who appears on the note, but has not demonstrated such other than stating it in the caption; and

5. The motion seems to be incomplete and/or missing a section of text. Page 1 ends with, "…moves this Court for an Order terminating the Automatic" and the second page starts with, "foreclosure under the Deed of Trust…";

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 19th day of November, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES

| | |
|---|---|
| 1 | 5704 W. Palmaire Avenue |
| 2 | P.O. Box 1737 |
| | Glendale, Arizona 85311 |
| 3 | Attorney for Debtors |

1  
2  
3  
4  
5  
6 COPY of the foregoing  
mailed this 19th day of  
7 November, 2009, to:  
8  
Jeremy T. Bergstrom  
9 MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy. Suite 250  
10 Henderson, NV 89052  
11 Attorney for Movant  
12 Edward J. Maney  
P.O. Box 10434  
13 Phoenix, AZ 85064-0434  
14 Trustee  
15  By: /s/ C. Short