JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE and LORETTA M. ROSE,<br><br>Debtors. | Case No. 2:09-BK-16494-SSC |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.<br><br>Movant,<br><br>vs.<br><br>MARVIN L. ROSE and LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>Respondents. | OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 17851 West Calavar Road Surprise, AZ 85388 |

COMES NOW the debtors, MARVIN L. ROSE and LORETTA M. ROSE, by and through counsel undersigned, and hereby responds and objects to Movant BAC

1

HOME LOANS SERVICING, L.P.'s Motion for Relief from the Automatic Stay as follows:

1. Movant purports to demonstrate that their interest came to be as a result of the assignment filed with the Court as Exhibit C to Movant's Motion. However, the document is signed by Kelley May who holds the title "certifying officer." The historical organization of corporations does not include a position known as "certifying officer." Thus, Debtors question what a "certifying officer" is, what authority a "certifying officer" has, what the legal status of a "certifying officer" is, and whether Kelley May had authority to effectuate the transfer;

2. Even if Kelley May did have authority to effectuate the transfer, the transfer relates to a different property than the one in question. While this transfer does purport to pertain to Marvin and Loretta Rose, the Motion lists the lot as "LOT **100**". The property Marvin and Loretta Rose own (located at 17851 W. **Calavar** Road) is Lot **110** as shown by Exhibit "A", taken from the website of the Maricopa County Assessor.

3. The Motion submitted by Movant in this case is similarly about a different tract. It refers to "LOT **100**" and a "17851 W **Calaver** Road, Surprise AZ 85388" address.

4. The Deed of Trust is defective for at least two reasons. First, the document is not signed or notarized. An unsigned Deed of Trust is a nullity. Secondly, although the Deed of Trust references a legal

description, "Exhibit A" from the Deed of Trust submitted to the Court is missing or blank.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 19th day of November, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

COPY of the foregoing mailed this 19th day of November, 2009, to:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 East Camelback Road
Third Floor
Phoenix, Arizona 85016
Attorneys for Movant

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

By: /s/ C. Short