

QUICK LINKS ...                    Home   Contacts   *Parcel Search:

Advanced Search Options                *Market Overview   *Residential Similar Property Search
No Parcel Number? Use Advanced Search Options.       *(A parcel number is needed to use these Features)

New Search   Printer Friendly Version

## Property Information

View GIS Maps

**Parcel #:** 502-87-133
**MCR #:** 60141
**Property Address:** 17851 W CALAVAR RD, SURPRISE 85388
**Property Description:** SIERRA MONTANA PARCEL 9 MCR 601-41
**Section Township Range:** 11 3N 2W
**Associated Parcel:**

**Subdivision Name:** SIERRA MONTANA PARCEL 9
**Lot #:** 110
**School Dist:** DYSART UNIFIED SCHOOL DISTRICT
**Local Jurisdiction:** SURPRISE
Tax District FAQs

## Owner Information

View Tax Information

**Owner:** ROSE MARVIN L/LORETTA M
**In Care Of:**
**Mailing Address:** 17851 W CALAVAR RD, SURPRISE AZ 85388 USA
**Deed #:** 061482586
**Deed Date:** 11/9/2006

**Sales Price:** $130,923
**Sales Month/Year:** 6/2003

## Valuation Information

View Similar Parcels

| Tax Year: | 2010 | 2009 | 2008 |
|---|---|---|---|
| Full Cash Value (FCV): | $117,100 | $169,700 | $198,000 |
| Limited Property Value (LPV): | $117,100 | $153,966 | $139,969 |
| **Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.** | | | |
| Legal Class: | 4 | 4 | 3 |
| Assessment Ratio: | 10.0% | 10.0% | 10.0% |
| Assessed FCV: | $11,710 | $16,970 | $19,800 |
| Assessed LPV: | $11,710 | $15,397 | $13,997 |
| Property Use Code: | 0131 | 0131 | 0131 |
| Tax Area Code: | 891503 | 891503 | 891503 |

## Additional Component Information (for this parcel)

Valuation   Characteristics

New Search

Helpful Information:
recorder   glossary   forms

**Disclaimer**
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home   Legal Information   Privacy/Security Policies               ©2008 Maricopa County

Maricopa County Assessor || 301 W. Jefferson St. || Phoenix, AZ 85003
602-506-3406