```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO** P.A.    Dated: December 14, 2009

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000            _____
FACSIMILE: (602) 255-0192            **SARAH S. CURLEY**
                                     **U.S. Bankruptcy Judge**



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20441/150461732

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:09-bk-16494-SSC |
|---|---|
| Marvin L. Rose and Loretta M. Rose | Chapter 13 |
| Debtors. | ORDER VACATING HEARING |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. | |
| Movant, vs. | Hearing Date: December 15, 2009<br>Hearing Time: 1:30 p.m. |
| Marvin L. Rose and Loretta M. Rose, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Pursuant to Movant's Motion to Vacate Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for December 15, 2009 is hereby vacated.

DONE IN OPEN COURT this _____ day of _____, 2009.

_____
Judge of the U.S. Bankruptcy Court