# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | MARVIN L & LORETTA M ROSE |
| Case Number: | 2:09-bk-16494-SSC   Chapter: 13 |
| Date / Time / Room: | TUESDAY, DECEMBER 15, 2009 01:30 PM   7TH FLOOR #701 |
| Bankruptcy Judge: | SARAH SHARER CURLEY |
| Courtroom Clerk: |  |
| Reporter / ECR: | N/A |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING

R / M #:   27 / 0

**VACATED: MOTION TO VACATE FILED BY MOVANT**

## Appearances:

NONE

## Proceedings:

VACATED: MOTION TO VACATE FILED BY MOVANT