Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-94121

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP
FKA COUNTRYWIDE HOME LOANS, INC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> MARVIN L. ROSE AND LORETTA M. ROSE, <br><br> Debtors. | Chapter 13 <br><br> Case No.: 2:09-BK-16494-SSC |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC, <br><br> Movant, <br><br> vs. <br><br> MARVIN L. ROSE AND LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee, <br><br> Respondents. | **Hearing –** <br> Date: January 6, 2010 <br> Time: 01:30 P.M. <br> Place: 230 North First Avenue, Phoenix, AZ 85003 <br> Courtroom 701, 7th Floor |

**REPLY TO OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC., by and through its counsel Jeremy T. Bergstrom, Esq., of the law firm MILES, BAUER,

1

BERGSTROM & WINTERS, LLP., hereby replies to the Respondent's Objection to the Motion for Relief from the Automatic Stay as follows:

First, paragraph number one (1) of Respondents' Objection claim that Zillow.com is insufficient to accurately determine a particular property's value. Attached hereto as Exhibit "A", is a true and correct copy of a Broker's Price Opinion dated December 11, 2009 showing an estimated market value of $119,500.00 on the subject property. This should resolve the dispute as to the value of the subject property.

Second, paragraph number three (3) of Respondents' Objection, claims that Movant is the holder of the Promissory Note and yet does not know the amount that is promised to be repaid. This Note that Respondents' are referring to pertains to the second (2nd) Deed of Trust upon the property in favor of and/or serviced by BAC HOME LOANS SERVICING, LP. Our Motion moves this court for an Order Terminating the Stay as to the first (1st) Deed of Trust.

Third, paragraph number four (4) of Respondents' Objection claim we have not demonstrated to be the same entity as Countrywide Home Loans, Inc. Attached hereto as Exhibits "B" and "C", are true and correct copies of the Certificate of Amendment to Articles of Organization and the Certificate of Amendment to the Certificate of Limited Partnership, proving we are the same entity and have proper standing to bring this Motion.

Further, paragraph number five (5) of Respondents' objection states that our Motion seems to be incomplete and/or missing a section of the text. Movant acknowledges that one sentence was inadvertently omitted and we have filed an Amended Motion as of December 8, 2009.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: December 9, 2009   By: /s/ Jeremy T. Bergstrom, Esq.
　　　　　　　　　　　　　　　　 Jeremy T. Bergstrom, Esq.
　　　　　　　　　　　　　　　　 Attorney for Secured Creditor

2

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on __December 22, 2009__, a copy of the

**REPLY TO OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTORS:
Marvin L. Rose
Loretta M. Rose
16047 W. Tara Lane
Surprise, AZ 85374

ATTORNEY FOR DEBTORS:
Joseph W. Charles
P. O. Box 1737
Glendale AZ 85311

CHAPTER 13 TRUSTEE:
Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Felicia McGhee
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(09-94121/nvmisc.dot/fam)

3

# EXHIBIT A

# Valuation Services

## Broker's Price Opinion — Exterior Evaluation

### Section 1 — Property Information
Read manual for rural property exceptions

Loan No.: _____
Order No.: 7598540

Property Address: 16193 W DAVIS RD, SURPRISE, AZ 85374

Using ninety (90) days to market, what will be the likely sales price "As Is"? 117000

Local Average Marketing Time: 90 (in days)
Broker Estimated Market Value: 119500
Property is: ☐ Rural ☒ Suburban ☐ Urban
Estimated Repaired Value: 119500

### Section 2 — Property Details

Condition: Good ☐ Average ☒ Fair/Poor ☐ Poor ☐
Information Source: ASSESSOR
Square footage: 2030    Finished basement: Yes ☐ No ☒ Unk ☐

- Bedrooms/Baths: 4 / 2.5    Lot Size: 5400    Age: 1999    Garage: Yes ☒ No ☐ Other: NA
- Was property previously listed? Yes ☐ No ☒    DOM: ___ Listed Price: ___ Listed Dates: ___
- Is property currently listed? Yes ☐ No ☒    DOM: ___ Listed Price: ___ Listed Dates: ___
- Close to industry: Yes ☐ No ☒    Type: SFR ☒    Mobile Home ☐
- Close to commerce: Yes ☐ No ☒    PUD ☐    Attached? Yes ☐ No ☐ Unk ☐
- Vacant: Yes ☐ No ☒    Multi-unit ☐    No. of Units? ___
- Vandalized: Yes ☐ No ☒    Condo ☐    Dues per month? ___
- Secured: Yes ☒ No ☐    Multi-unit PUD ☐
- Damaged: Yes ☐ No ☒    How? ___

Is prevalent financing typical in your area? Yes ☐ No ☒    Type ___    If YES, how much? ___

Comments: THE SUBJECT IS LOCATED IN A LARGE MASTER PLANNED COMMUNITY. THERE ARE MANY HOMES OF THIS SIZE FOR SALE IN THE AREA.

### Section 3 — Comparable Sales
List in order of comparability

| Address | COND. | SQ.FT. | Subject Prox. (miles) | No. of Bd/Bth | Lot Size (acres) | Gar | Bsmt | Age | Sale Date | DOM | Final List Price | Sales Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15916 W TASHA 85374 | Avrg | 1949 | 0.25 | 3 / 2.5 | 6700 | 2 | 0 | 1998 | 7/31/2009 | 223 | 114900 | 114900 |
| 16235 W YOUNG 85374 | Avrg | 1889 | 0.30 | 4 / 3 | 5300 | 2 | 0 | 1999 | 8/18/2009 | 14 | 105000 | 117000 |
| 15894 W STATLER 85374 | Avrg | 1947 | 0.30 | 3 / 2.5 | 6900 | 2 | 0 | 1998 | 11/30/2009 | 137 | 117500 | 120000 |

Comments:
1. ALL COMPS WERE LOCATED IN THE SUBJECT'S COMMUNITY
2.
3.

### Section 4 — Comparable Listings
List in order of comparability

| Address | COND. | SQ.FT. | Subject Prox. (miles) | No. of Bd/Bth | Lot Size (acres) | Gar | Bsmt | Age | List Date | DOM | Orig. List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16189 N 159 85374 | Avrg | 1936 | 0.20 | 3 / 2 | 6900 | 2 | 0 | 1999 | 10/29/2009 | 43 | 118000 | 118000 |
| 16157 W IRONWOOD 85374 | Avrg | 1901 | 0.15 | 3 / 2 | 6900 | 2 | 0 | 2002 | 8/30/2009 | 103 | 119900 | 119900 |
| 15686 N 162 85374 | Avrg | 1901 | 0.35 | 4 / 2 | 8100 | 3 | 0 | 2000 | 5/08/2009 | 216 | 119900 | 119900 |

Comments:
1. ALL COMPS ARE LOCATED IN THE SUBJECTS COMMUNITY
2.
3.

### Section 5

**Construction**
- ☐ Cement block
- ☐ Brick
- ☒ Frame
- ☐ Stone
- ☒ Stucco
- ☒ Wood
- ☐ Other

**Upkeep**
- ☐ Damaged siding
- ☐ Broken steps
- ☐ Rotting wood
- ☐ Broken windows
- ☐ Fire damage
- ☐ Needs paint
- ☐ Wall cracking
- ☐ Cracked driveway
- ☐ Cracked sidewalk
- ☐ Missing shingles
- ☐ Clutter

**Access**
Is access road paved?
- ☒ Yes
- ☐ No

**Sub-structure**
- ☒ Slab foundation
- ☐ Basement
- ☐ Crawl space

Estimated Repair Cost? ___
Correcting these problems will result in a repaired value of? (Estimated Repaired Value) 119500

### Section 6 — Provider's Information

Office proximity to subject in miles: 3

Realty/Company Name: MAGNUM OPUS REALTY
Phone: (602) 571-3680
Fax: (623) 444-2220
Report completed by: Kevin Jennings
Date: 12/11/2009 12:00:00AM
Your e-mail address: kevin@azhomesforyou.com
Your cell phone number: ___

Loan # 136354146

**Addendum**

| Please use this space to provide any additional comments that would not fit on the BPO Form. |
|---|
| Property Address: 16193 W DAVIS RD , SURPRISE, AZ 85374 |
| Section2 Comments Contin |
| |
| Section3 Comments Contin |
| |
| |
| Section4 Comments Contin |
| |
| |
| |
| Special Instructions: |
| |

| Prepared By | Date |
|---|---|
| Kevin Jennings | 12/11/2009 12:00:00AM |

# Exhibit B



**ROSS MILLER**
Secretary of State
204 North Carson Street, Ste 1
Carson City, Nevada 89701-4299
(775) 684-5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| /s/ Ross Miller | 20090356674-72 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 04/21/2009 2:00 PM |
| State of Nevada | Entity Number |
| | C1375-1994 |

## Amendment to Articles of Organization
(PURSUANT TO NRS 86.221)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                     ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Amendment to Articles of Organization
### For a Nevada Limited-Liability Company
(Pursuant to NRS 86.221)

1. Name of limited-liability company:

   Countrywide GP, LLC

2. The company is managed by: ☐ Managers  OR  ☑ Members
   (check only one box)

3. The articles have been amended as follows (provide articles numbers, if available)*:

   1. Name of Limited Liability Company: BAC GP, LLC

   The foregoing amendment shall be effective as of April 27, 2009.

4. Signature (must be signed by at least one manager or by a managing member):

   X _____
   Signature

* 1) If amending company name, it must contain the words "Limited-Liability Company," "Limited Company," or "Limited," or the abbreviations "Ltd.," "L.L.C.," or "L.C.," "LLC" or "LC." The word "Company" may be abbreviated as "Co."
  2) If adding managers, provide names and addresses.

**FILING FEE: $175.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

This form must be accompanied by appropriate fees.                    Nevada Secretary of State 86.221 OLLC Amendment
                                                                      Revised: 7-1-08

# Exhibit C

**FILED**
In the Office of the
Secretary of State of Texas
APR 21 2009
Corporations Section

## CERTIFICATE OF AMENDMENT
## TO THE
## CERTIFICATE OF LIMITED PARTNERSHIP

Pursuant to the provisions of Section 2.02 of the Texas Revised Partnership Act, the undersigned limited partnership desires to amend its Certificate of Limited Partnership and for that purpose submits the following Certificate of Amendment:

1. The name of the limited partnership is Countrywide Home Loans Servicing LP.

2. The Certificate of Limited Partnership is amended as follows:

   The name of the limited partnership is BAC Home Loans Servicing, LP.

The Certificate of Limited Partnership shall be amended, as of April 27, 2009, to reflect the above name change.

Dated: April 21, 2009

                                      COUNTRYWIDE HOME LOANS
                                      SERVICING LP

                                      By: Countrywide GP, LLC
                                      Its: General Partner

                                      By: _____
                                      Jack W. Schakett
                                      President and Chief Executive Officer

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING OF

BAC Home Loans Servicing, LP
File Number: 13186910

[formerly: COUNTRYWIDE HOME LOANS SERVICING LP]

The undersigned, as Secretary of State of Texas, hereby certifies that an amendment to the certificate of limited partnership or the application for registration as a foreign limited partnership for the above named limited partnership has been received in this office and filed as provided by law on the date shown below.

Accordingly, the undersigned, as Secretary of State hereby issues this Certificate evidencing the filing in this office.

Dated: 04/21/2009
Effective: 04/27/2009



Hope Andrade
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555
Prepared by: Lisa Sasin

Fax: (512) 463-5709
TID: 10069

Dial: 7-1-1 for Relay Services
Document: 254791870002