# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MARVIN L & LORETTA M ROSE |
| **Case Number:** | 2:09-bk-16494-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING

**R / M #:** 30 / 0

## Appearances:

HARRY LENABURG, ATTORNEY FOR MARVIN L ROSE, LORETTA M ROSE
JEREMY T. BERGSTROM, ATTORNEY FOR BAC HOME LOANS SERVICING

## Proceedings:

Mr. Bergstrom states that there is no equity in the property. Mr. Lenaburg states that he will withdraw his objection.

COURT: IT IS ORDERED THAT THE STAY IS VACATED. COUNSEL IS DIRECTED TO UPLOAD A FORM OF ORDER.

Case 2:09-bk-16494-SSC   Doc 54   Filed 01/06/10   Entered 01/07/10 08:12:06   Desc
Main Document    Page 1 of 1