Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-94121

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP
FKA COUNTRYWIDE HOME LOANS, INC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE AND LORETTA M. ROSE,<br><br>Debtors(s). | Chapter 13<br><br>Case No.: 2:09-BK-16494-SSC |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC,<br><br>Movant,<br><br>vs.<br><br>MARVIN L. ROSE AND LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>Respondents. | **Hearing –**<br>Date: January 6, 2010<br>Time: 01:30 P.M.<br>Place: 230 North First Avenue, Phoenix, AZ 85003<br>Courtroom 701, 7th Floor |

## NOTICE OF LODGING PROPOSED ORDER

**NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the U.S. Bankruptcy Court for the District of Arizona, the proposed

1

for of Order attached hereto as Exhibit "A" was lodged with the U.S. Bankruptcy Court on the 11th day of January, 2010.

DATED: January 11, 2010      BY: /s/ Jeremy T. Bergstrom
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor

## CERTIFICATE OF MAILING

I hereby certify that a copy of **Notice of Lodging Proposed Order** with a copy of said Proposed Order attached hereto, was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTORS:
Marvin L. Rose
Loretta M. Rose
16047 W. Tara Lane
Surprise, AZ 85374

ATTORNEY FOR DEBTORS:
Joseph W. Charles
P. O. Box 1737
Glendale AZ 85311

CHAPTER 13 TRUSTEE:
Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064

/s/ Felicia McGhee
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(09-94121/azlogcno.dot/fam)

# EXHIBIT A

```
1  Jeremy T. Bergstrom, Esq.
   Arizona Bar No. 19399
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94121

5  Attorneys for Secured Creditor,
   BAC HOME LOANS SERVICING, LP FKA
6  COUNTRYWIDE HOME LOANS SERVICING, LP
   FKA COUNTRYWIDE HOME LOANS, INC

7
```

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| MARVIN L. ROSE AND LORETTA M. ROSE, | Case No.: 2:09-BK-16494-SSC |
| Debtor(s). | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC, | Hearing – Date: January 6, 2010 Time: 01:30 P.M. Place: 230 North First Avenue, Phoenix, AZ 85003 Courtroom 701, 7th Floor |
| Movant, | |
| vs. | |
| MARVIN L. ROSE AND LORETTA M. ROSE, Debtor; EDWARD J. MANEY, Trustee, | |
| Respondents. | |

## ORDER TERMINATING THE AUTOMATIC STAY

Secured Creditor's Motion for Relief having come before the Court on January 6, 2010, Secured Creditor appearing by and through its counsel, JEREMY T. BERGSTROM, Esq., Debtor appearing through its counsel, JOSEPH W. CHARLES, the Court having considered the

1

merits of the Motion and reviewed the pleadings, and good cause appearing, makes its Order as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC, its assignees and/or successors in interest with respect to the subject Property generally described as 16193 West Davis Road, Surprise, AZ 85374 ("Property" herein) and legally described as follows:

LOT 67, MOUNTAIN VISTA RANCH PARCEL 15, ACCORDING TO BOOK 475 OF MAPS, PAGE 23, RECORDS OF MARICOPA COUNTY, ARIZONA

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the balance of the claim owing pursuant to Secured Creditor's previously filed Proof of Claim is hereby withdrawn.

**IT IS SO ORDERED** this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

DATED: January 8, 2010

By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor

APPROVED/DISAPPROVED
DATED: 1/8/2010

_____
JOSEPH W. CHARLES
Attorney for Debtor

2