# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARVIN L & LORETTA M ROSE | | |
| **Case Number:** | 2:09-bk-16494-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOAN SERVICING

**R / M #:**   27 / 0

## Appearances:

NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on November 4, 2009, by BAC HOME LOAN SERVICING, LP ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

   x   The Underlying Deed of Trust provided by the Movant is unsigned.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on January 19, 2009 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.