```
                              IT IS HEREBY ADJUDGED
                              and DECREED this is SO
                              ORDERED.
```


Dated: January 15, 2010

*Sarah S. Curley* (signature)
SARAH S. CURLEY
U.S. Bankruptcy Judge

---

1  Jeremy T. Bergstrom, Esq.
   Arizona Bar No. 19399
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV 89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94121

5  Attorneys for Secured Creditor,
   BAC HOME LOANS SERVICING, LP FKA
6  COUNTRYWIDE HOME LOANS SERVICING, LP
   FKA COUNTRYWIDE HOME LOANS, INC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE AND LORETTA M. ROSE,<br><br>Debtor(s). | Chapter 13<br><br>Case No.: 2:09-BK-16494-SSC |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC,<br><br>Movant,<br><br>vs.<br><br>MARVIN L. ROSE AND LORETTA M. ROSE, Debtor; EDWARD J. MANEY, Trustee,<br><br>Respondents. | Hearing –<br>Date: January 6, 2010<br>Time: 01:30 P.M.<br>Place: 230 North First Avenue, Phoenix, AZ 85003<br>       Courtroom 701, 7th Floor |

### ORDER TERMINATING THE AUTOMATIC STAY

Secured Creditor's Motion for Relief having come before the Court on January 6, 2010, Secured Creditor appearing by and through its counsel, JEREMY T. BERGSTROM, Esq., Debtor appearing through its counsel, JOSEPH W. CHARLES, the Court having considered the

1

merits of the Motion and reviewed the pleadings, and good cause appearing, makes its Order as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, INC, its assignees and/or successors in interest with respect to the subject Property generally described as 16193 West Davis Road, Surprise, AZ 85374 ("Property" herein) and legally described as follows:

> LOT 67, MOUNTAIN VISTA RANCH PARCEL 15, ACCORDING TO BOOK 475 OF MAPS, PAGE 23, RECORDS OF MARICOPA COUNTY, ARIZONA

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the balance of the claim owing pursuant to Secured Creditor's previously filed Proof of Claim is hereby withdrawn.

**IT IS SO ORDERED** this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

DATED: January 8, 2010

By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor

APPROVED/DISAPPROVED

DATED: 1/8/2010

_____
JOSEPH W. CHARLES
Attorney for Debtor

2