# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-50067 / 0032838013
09-20441

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Marvin L. Rose and Loretta M. Rose<br>        Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>        Movant,<br>   vs.<br><br>Marvin L. Rose and Loretta M. Rose, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:09-bk-16494-SSC<br><br>Chapter 13<br><br>NOTICE OF FILING AN ADDITIONAL EXHIBIT TO MOTION FOR RELIEF<br><br>(Related to Docket #)<br><br>RE: Real Property Located at<br>17851 West Calaver Road<br>Surprise, AZ 85388 |

      BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its undersigned attorneys, hereby gives notice of filing an additional Exhibit to Movant's Motion for Relief. A copy of the

…

…

…

Deed of Trust is attached hereto as Exhibit "B" and incorporated herein by this reference.

DATED this 25th day of January, 2010.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY  /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Movant

Copy of the foregoing was
mailed January 25, 2010.

Marvin L. Rose and Loretta M. Rose
16047 W. Tara Lane
Surprise, AZ  85374
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee


By:  Julie Purvis

Case 2:09-bk-16494-SSC   Doc 59   Filed 01/25/10   Entered 01/25/10 16:10:29   Desc
Main Document     Page 2 of 2