| | |
|---|---|
| 1 | Leonard J. McDonald, Jr. (SBN 014228) |
| 2 | **TB TIFFANY & BOSCO** P.A. |
| 3 | THIRD FLOOR CAMELBACK ESPLANADE II |
| 4 | 2525 EAST CAMELBACK ROAD<br>PHOENIX, ARIZONA 85016B4237 |
| 5 | TELEPHONE: (602) 255-6000<br>FACSIMILE:  (602) 255-0103 |
| 6 | Attorney for Plaintiff |
| 7 | 09-20441 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin L. Rose and Loretta M. Rose<br>Debtors | No. 2:09-bk-16494-SSC |
| | Chapter 13 |
| Bac Home Loan Servicing, L.P. fka<br>Countrywide Home Loans Servicing, L.P<br>Movant, | NOTICE OF ERRATA |
| vs. | |
| Marvin L. Rose and Loretta M. Rose,<br>Debtors; Edward J. Maney, Trustee.<br>Respondents. | |

Movant, Bac Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. gives notice of a clerical error in the Legal Description contained within the Movant's Motion to Lift the Automatic Bankruptcy Stay at Page 2 Line 16. The legal description refers to "Lot 100" and should be "Lot 110". Attached hereto and incorporated herein by reference is a corrected legal description.

…

…

RESPECTFULLY SUBMITTED this _____ day of February, 2010.

                TIFFANY & BOSCO, P.A.

                By: __/S/ LJM 014228____
                     Leonard J. McDonald, Jr.
                     Third Floor Camelback Esplanade II
                     2525 East Camelback Road
                     Phoenix, Arizona 85016-4237
                     Attorneys for Defendant

ORIGINAL of the foregoing filed
and a COPY hand delivered this
11th day of February, 2010.

Marvin L. Rose and Loretta M. Rose
16047 W. Tara Lane
Surprise, AZ 85374
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

By: Julie Purvis