# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** MARVIN L & LORETTA M ROSE
**Case Number:** 2:09-bk-16494-SSC **Chapter:** 13

**Date / Time / Room:** TUESDAY, FEBRUARY 16, 2010 01:30 PM 7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING

R / M #: 27 / 0

## Appearances:

NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on November 04, 2009, by BAC Home Loan Servicing LP ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

- x The Movant failed to provide an adequate Declaration in support of its Motion.
- x The Movant has failed to provide adequate information for the Court to determine that it is the real party-in-interest. Although the Movant has provided documentation to evidence that Countrywide Home Loans Servicing, LP changed its name to BAC Home Loan Servicing as part of a merger, the Court notes that Countrywide Home Loans, Inc., not Countrywide Home Loans Servicing, LP, is the named lender on the Note and Deed of Trust.
- x The Motion asserts that the Movant is the assignee of beneficial interest in the Deed of Trust and the holder of the underlying Note, but the assignment provided by the Movant is insufficient as MERS is listed as the assignor. MERS is an entity whose sole purpose is to act as "mortgagee of record" for mortgage loans that are registered on the MERS system. In re Kang Jin Hwan 396 B.R. 757 (Bankr. C.D.Cal 2008).

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on February 16, 2010 at 1:30 p.m.

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.