**RECORDING REQUESTED BY:**

**WHEN RECORDED MAIL TO:**
BAC Home Loans
7105 Corporate Drive
Mail Stop PTX-209
Plano TX 75024

T&B NO : 09-20441

**APN: TBD**
**MIN NO.:**

## CORPORATION ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.** all beneficial interest under that certain Deed of Trust dated **10/26/2006** executed by **Marvin L. Rose and Loretta M. Rose, husband and wife** Trustor to **Public Trustee of Denver County** Trustee, and recorded on **11/09/2006** as Instrument No. **20061482587** on in Book Page of Official Records of **Maricopa** County, AZ describing the land therein:

**AS PER DEED OF TRUST MENTIONED ABOVE.**

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Date : _APR 1 6 2010_   Effective Date: 08/11/2009

**Countrywide Home Loans, Inc.**

By : _Sandra Williams-Assist. Vice President_
It's:

STATE OF _____**Texas**_____
COUNTY OF _____**Dallas**_____

On _APR 1 6 2010_ , 20____, before me, _Kelly Loomis_____ , a Notary Public for said State, personally appeared **Sandra Williams-Assist. Vice President** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of
the State of _____**Texas**_____ that the foregoing is true and correct.

WITNESS my hand and official seal.

Signature_____

KELLY KAY LOOMIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-14-13