JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE and LORETTA M. ROSE,<br><br>     Debtors.<br>_____<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.<br><br>     Movant,<br><br>  vs.<br><br>MARVIN L. ROSE and LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>     Respondents.<br>_____ | Case No. 2:09-BK-16494-SSC<br><br>OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 17851 West Calavar Road Surprise, AZ 85388 |

    COMES NOW the debtors, MARVIN L. ROSE and LORETTA M. ROSE, by and through counsel undersigned, and hereby responds and objects to Movant BAC

1

HOME LOANS SERVICING, L.P.'s Motion for Relief from the Automatic Stay as follows:

1. This Motion is amended from a Motion filed as Docket number 27. The language of the amended Motion is identical to the language of the original Motion except for an increase in the amount owed due to more months having elapsed. However, without addressing the issue in the Motion, the exhibits have changed.

   Movant claimed at the time they filed the first Motion that "True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B"…" However, the Deed of Trust submitted lacked signatures. The new Deed of Trust is also said to be a true copy and yet the signature appears on this version. Also, the first Deed of Trust contained a legal description Exhibit "A" that was blank. The new Deed of Trust has a new Exhibit "A" without any of the other identifying information and this time it contains the correct legal description. This is the first time Movant has included the correct legal description on any of the documents. A copy of Movant's original Deed of Trust is included as Exhibit "A."

   The fact that there are 2 true copies of the Deed of Trust which are different causes the Debtor great concern. Without clarification on this issue, the Court should deny the Movant's Motion for Relief from the Automatic Stay.

2. The assignment of the Note and Deed of Trust has also changed from the first Motion. Originally, Movant claimed their interest developed through a transfer effectuated by MERS and Kelly May. Now there is a corporation assignment of Deed of Trust that purports to effectuate the transfer. Shockingly, this transfer was done less than a month ago on April 16, 2010 even though the first Motion was filed back in November of 2009. It seems as though Movant is creating whatever documents are necessary to support their position regardless of what truly happened with the ownership of the property. A copy of Movant's first purported transfer is included as Exhibit "B."

3. The Motion lists the lot as "LOT **100**" and the address as 17851 West **Calaver** Road, Surprise AZ 85388. The property Marvin and Loretta Rose own (located at 17851 W. **Calavar** Road) is Lot **110** as shown by Exhibit "C", taken from the website of the Maricopa County Assessor. It is unknown if Movant is actually talking about "LOT 100." This may be the source of the improper documents. This inconsistency was pointed out in the Response to the original Motion, but Movant has not altered the Motion or made any mention of the legal description discrepancies.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 11th day of May, 2010.

| | |
|---|---|
| 1 | JOSEPH W. CHARLES, P.C. |
| 2 | By /s/ Joseph W. Charles |
|   | JOSEPH W. CHARLES |
| 3 | 5704 W. Palmaire Avenue |
|   | P.O. Box 1737 |
| 4 | Glendale, Arizona 85311 |
| 5 | Attorney for Debtors |

6  COPY of the foregoing
   mailed this 11th day of
7  May, 2010, to:

8  Mark S. Bosco
9  Leonard J. McDonald
   Tiffany & Bosco, P.A.
10 2525 East Camelback Road
11 Third Floor
   Phoenix, Arizona 85016
12 Attorneys for Movant

13 Edward J. Maney
14 P.O. Box 10434
   Phoenix, AZ 85064-0434
15 Trustee

16  By: /s/ C. Short

4