JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MARVIN L. ROSE and LORETTA M. ROSE,<br><br>                Debtors.<br>_____<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.<br><br>                Movant,<br><br>    vs.<br><br>MARVIN L. ROSE and LORETTA M. ROSE, Debtors; EDWARD J. MANEY, Trustee,<br><br>                Respondents.<br>_____ | Case No. 2:09-BK-16494-SSC<br><br><br><br><br><br>OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 17851 West Calavar Road Surprise, AZ 85388 |

COMES NOW the debtors, MARVIN L. ROSE and LORETTA M. ROSE, by and through counsel undersigned, and hereby responds and objects to Movant BAC

1

HOME LOANS SERVICING, L.P.'s Motion for Relief from the Automatic Stay as follows:

1.    Although labeled as an original motion on the caption, this is actual Movant's second amended Motion.

Movant claimed at the time they filed the first Motion that "True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B"…" However, the Deed of Trust submitted lacked signatures. The new Deed of Trust is also said to be a true copy and yet the signatures appear on this version. Also, the first Deed of Trust contained a legal description Exhibit "A" that was blank. The new Deed of Trust has a new Exhibit "A" and this time it contains the correct legal description.

The fact that there are 2 true copies of the Deed of Trust which are different causes the Debtor great concern. Without clarification on this issue, the Court should deny the Movant's Motion for Relief from the Automatic Stay.

2.    The assignment of the Note and Deed of Trust has also changed from the first Motion. Originally, Movant claimed their interest developed through a transfer effectuated by MERS and Kelly May. Now there is a corporation assignment of Deed of Trust that purports to effectuate the transfer. Shockingly, this transfer was done on April 16, 2010 even though the first Motion was filed back in November of 2009. It seems as though Movant is creating whatever documents are necessary to

support their position regardless of what truly happened with the ownership of the lien.

3. The first two motions listed the lot as "LOT **100**" and the address as 17851 West **Calaver** Road, Surprise AZ 85388. The property Marvin and Loretta Rose own (located at 17851 W. **Calavar** Road) is Lot **110.** Movant made no mention in their 2nd amended Motion of the source of this error. This is true even though the inconsistency was pointed out in the Response to the original Motion.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 10th day of June, 2010.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

COPY of the foregoing
mailed this 10th day of
June, 2010, to:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 East Camelback Road
Third Floor
Phoenix, Arizona 85016
Attorneys for Movant

1  Edward J. Maney
2  P.O. Box 10434
   Phoenix, AZ 85064-0434
3  Trustee

4  By: /s/ C. Short